Present —
Bergan, P. J., Coon, Gibson, Reynolds and Taylor, JJ.
In the Matter of the Claim of DANIEL E. WILSON, Respondent, v. PITTSBURGH PLATE GLASS CO., Respondent, and TILO ROOFING CO., INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Present — Bergan, P. J., Coon, Herlihy, Reynolds and Taylor, JJ.

Francis Kaplan, Appellant-Respondent, v. Samuel Okun et al., Respondents-Appellants, and Sullivan County Steam Laundry Co., Inc., et al., Respondents.—